IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LEAH PLAJER, et al. | CIVIL ACTION |
| *Plaintiffs*, | NO. 17-3291 |
| v. | |
| UPPER SOUTHAMPTON MUNICIPAL AUTHORITY, et al. | |
| *Defendants*. | |

# ORDER

AND NOW, this 20th day of February, 2018, upon consideration of the Motions to Dismiss by Defendants Northampton Bucks County Municipal Authority ("NBCMA") and Upper Southampton Municipal Authority ("USMA") (ECF Nos. 2, 3), the Plaintiffs' Response (ECF No. 8), the Reply and Motion to Strike of NBCMA (ECF No. 9), and Plaintiffs' Response thereto (ECF No. 10), and consistent with the accompanying Memorandum, it is hereby **ORDERED** that:

1. Defendants' motions to dismiss are **GRANTED** and Count V of Plaintiffs' Complaint is **DISMISSED** without prejudice;

2. NBCMA's Motion to Strike is **DENIED**; and

3. If Plaintiffs intend to amend Count V of their Complaint, they shall file such an amendment on or before **March 6, 2018**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.